# United States Court of Appeals
# for the Fifth Circuit

————————

No. 24-10813
Summary Calendar

————————

United States Court of Appeals
Fifth Circuit

**FILED**
March 13, 2025

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Cardari Bradley,

*Defendant—Appellant*.

————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:24-CR-94-1

————————————————

Before Haynes, Higginson, and Douglas, *Circuit Judges*.

Per Curiam:[*]

Cardari Bradley appeals his conviction under 18 U.S.C. § 922(g)(1), arguing that the statute is facially unconstitutional under the Second Amendment in light of *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 597 U.S. 1 (2022), and exceeds Congress's authority to regulate under the Commerce Clause. The Government has filed an unopposed motion for

———————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-10813

summary affirmance or, alternatively, for an extension of time in which to file a brief.

The Government is correct that Bradley's facial Second Amendment challenge is foreclosed, *see United States v. Diaz*, 116 F.4th 458, 471-72 (5th Cir. 2024), as is his Commerce Clause claim, *see United States v. Jones*, 88 F.4th 571, 573 (5th Cir. 2023), *cert. denied*, 144 S. Ct. 1081 (2024). Because summary affirmance is appropriate here, *see Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969), the Government's motion for summary affirmance is GRANTED, the alternative motion for an extension of time to file a brief is DENIED, and the district court's judgment is AFFIRMED.